# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Mark "Casey" Malmquist and Natalie Johnson, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Horizon Resources, a North Dakota cooperative association, | ) ) ) | Case No. 4:14-cv-145 |
| Defendants. | ) | |

Before the court is Plaintiffs' motion for attorney Eric W. Hageman to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Eric W. Hageman has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motion (Docket No. 4) is **GRANTED**. Attorney Eric W. Hageman is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge