**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mark "Casey" Malmquist and Natalie Johnson, | ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Horizon Resources, a North Dakota cooperative association, | ) ) ) | Case No. 4:14-cv-145 |
| Defendant. | ) ) | |

Before the court is a "Stipulation to Amend Scheduling Order" filed by the parties on June 15, 2015. The court **ADOPTS** the parties' stipulation (Docket No. 23). The pretrial deadlines shall be amended as follows:

1. The parties shall have until December 15, 2015, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) shall be extended as follows:

    a. Plaintiffs shall provide initial expert disclosures by December 1, 2015.

    b. Defendant shall provide initial expert disclosures by January 1, 2016.

    c. Plaintiffs shall provide rebuttal disclosures by February 1, 2016.

3. The parties shall have until October 1, 2015, to join additional parties.

4. The parties shall have until September 1, 2015, to amend the pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be

1

December 1, 2015.

5. The parties shall complete discovery depositions of expert witnesses by April 1, 2016.

All other pretrial deadlines set forth in the court's February 2, 2015, scheduling order shall remain in effect.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court